AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Ryskamp, Kenneth L | 2. Court or Organization  U.S. District Court, SDFL | 3. Date of Report  04/20/2007 |
|---|---|---|

**4. Title** (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)

U.S. District Judge, Senior

**5a. Report Type** (check appropriate type)

- [ ] Nomination, Date
- [ ] Initial
- [X] Annual
- [ ] Final

**5b.** [ ] Amended Report

**6. Reporting Period**

01/01/2006
to
12/31/2006

**7. Chambers or Office Address**

701 Clematis, Room 416
West Palm Beach
FL 33401

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____ Date_____

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[ ] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Custodian | Paine Weber Custodial Account |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 APR 30 A 9: 13 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Ryskamp, Kenneth L | 04/20/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2006 | Kenneth L. Ryskamp, IRA Rollover | $ 179,486.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Federal Judicial Center | Attending Judicial Conference in Key West, FL 12/3-05/06; Transportation, food and lodging provided |
| 2. | Federal Judicial Center | Attending National Workshop for District Judges in Arlington, VA; 5/2-05/06; Transportion, food & lodging provided |
| 3. | | |
| 4. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryskamp, Kenneth L | 04/20/2007 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| Ryskamp, Kenneth L | 04/20/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryskamp, Kenneth L | 04/20/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cisco Systems Stock | | None | L | T | partial sell | 4/10 | K | E | |
| 2. Dell Computer Stock | | None | | | sell | 11/22 | K | | |
| 3. Intel Stock | B | Dividend | K | T | partial sell | 4/10 | K | D | |
| 4. Lucent Technologies Stock | | None | | | sell | 11/20 | J | | |
| 5. Exxon-Mobil | C | Dividend | L | T | partial sell | 9/15 | J | D | |
| 6. Sprint Nextel Corp. | A | None | | | sell | 12/13 | K | E | |
| 7. AIM Charter | A | Dividend | K | T | | | | | New Name |
| 8. AM FDS Euro Pac.Growth Mutual Fund | B | Dividend | M | T | Buy | 1/20 | L | | |
| 9. AM FDS Investment Co. Am. Mutual Fund | B | Dividend | M | T | Buy | 1/20 | L | | |
| 10. Fidelity Magellan Mutual Fund | | None | | | sell | 6/15 | L | C | |
| 11. Fidelity Blue Chip Mutual Fund | A | Dividend | L | T | | | | | |
| 12. General Electric Stock | D | Dividend | M | T | partial sell | 4/10 | K | E | |
| 13. Microsoft Corp. | B | Dividend | M | T | partial sell | 4/10 | L | F | |
| 14. Pfizer Inc. | | None | | | sell | 1/17 | L | F | |
| 15. Staples Inc. | A | Dividend | K | T | | | | | |
| 16. Wal-Mart Stores | B | Dividend | K | T | partial sell | 1/17 | K | E | |
| 17. McDonald's Corp. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | S =Assessment | | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Ryskamp, Kenneth L | 04/20/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Nike, Inc. | A | Dividend | K | T | | | | | |
| 19. Zany Brainy stock | | None | J | T | | | | | |
| 20. Walt Disney Stock | A | Dividend | | | sell | 1/17 | K | D | |
| 21. Wendy's Int. Inc. | A | Dividend | J | T | | | | | |
| 22. Pepsico Stock | A | Dividend | J | T | | | | | |
| 23. Sector SPDR Trust-Tech Stock | A | Dividend | K | T | | | | | |
| 24. Sector SPDR Trust S&P Stock | A | Dividend | L | T | | | | | |
| 25. Tyco Int'l | A | None | | | sell | 1/17 | K | | |
| 26. CMGI Stock | | None | | | sell | 11/20 | J | | |
| 27. Time Warner Stock | A | None | | | sell | 1/17 | J | | |
| 28. Teva Pharm. | A | Dividend | K | T | | | | | |
| 29. Streetracks Index SH | A | Dividend | K | T | | | | | |
| 30. Diamond TR Ser 1 | A | Dividend | K | T | | | | | |
| 31. Conextant Stock | | None | | | sell | 1/17 | K | B | |
| 32. Life Insurance - cash value | | None | K | T | | | | | |
| 33. PW Retirement Money Fund | B | Dividend | J | T | | | | | |
| 34. Amgen Stock | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryskamp, Kenneth L | 04/20/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Applied Micro Cir. Stock | | None | | | sell | 11/20 | J | | |
| 36. PMC-Sierra Stock | | None | | | sell | 11/20 | J | | |
| 37. Qualcomm Stock | A | Dividend | K | T | | | | | |
| 38. Travelers Prop. Cas. | A | Dividend | | | sell | 1/17 | J | | |
| 39. Agere Systems | | None | | | sell | 1/17 | J | | |
| 40. Medco Health Solutions | | None | J | T | | | | | |
| 41. Avaya | | None | | | sell | 1/17 | J | A | |
| 42. Mindspeed Tech | | None | | | sell | 1/17 | J | A | |
| 43. U.S. Treasury Bills | | | | | sell | 1/3 | M | A | |
| 44. IBM | A | Dividend | | | sell | 6/2 | J | | |
| 45. Money Market Mutual Fund (UBS) | | None | K | T | | | | | |
| 46. AM FDS Cap & World Growth | B | Dividend | M | T | Buy | 1/20 | M | | |
| 47. AM FDS Growth Fund of America | B | Dividend | M | T | Buy | 1/20 | M | | |
| 48. AM FDS - Small Cap | B | Dividend | L | T | Buy | 1/20 | L | | |
| 49. Target | | None | K | T | Buy | 1/17 | K | | |
| 50. Embarq | | None | J | T | Spin-off | 6/1 | J | | |
| 51. Tim Horton's | | None | J | T | Spin-off | 5/7 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryskamp, Kenneth L | 04/20/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signatur                                                                                      Date___4/24/07___

N                                                                    ALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AN                                            app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544